Marrero, V.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

SPECTRUM ORIGINATION LLC,

                Plaintiff,

          -v-

WEBB M. SOWDEN, III, THE WEB AND
MARINELLE SOWDEN IRREVOCABLE TRUST,
and WILLIAM DOUGLAS MCKNIGHT

                Defendants.

-------------------------------------------------------------------- x

Case Nos.: 15-cv-5765 (VM) and
               15-cv-5767 (VM)

**ECF CASE**

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL**

WHEREAS, King & Spalding LLP ("KS") has appeared for and represented Plaintiff Spectrum Origination LLC in connection with the above-captioned actions; and

WHEREAS, the Spectrum Origination LLC and KS have agreed that the firm of Schulte Roth & Zabel LLP ("SRZ") should be substituted in place of KS as counsel and attorneys of record for Spectrum Origination LLC in both actions bearing Case Numbers 15-cv-5765 and 15-cv-5767 (VM), subject to Court approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that SRZ be, and hereby is, substituted in place of KS as counsel and attorneys of record for Spectrum Origination LLC in both actions bearing Case Numbers 15-cv-5765 and 15-cv-5767 (VM).

Dated: New York, New York
February 5, 2016

SCHULTE ROTH & ZABEL LLP

By: _____
Robert J. Ward, Esq.

919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955
Robert.Ward@srz.com

*Incoming Attorneys for Plaintiff Spectrum
Origination LLC*

Dated: New York, New York
February 5, 2016

KING & SPALDING LLP

By: _____
Peter Isajiw, Esq.

1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
Plsajiw@kslaw.com

*Outgoing Attorneys for Plaintiff Spectrum
Origination LLC*

SPECTRUM ORIGINATION LLC

By: _____
Jeffrey Schaffer
Managing Member

SO ORDERED: 16 February 2016

_____
VICTOR MARRERO
United States District Judge

DOC ID - 23928427 1