**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SPECTRUM ORIGINATION LLC,

Plaintiff,

v.

WEBB M. SOWDEN, III, THE WEBB AND MARINELLE SOWDEN IRREVOCABLE TRUST, and WILLIAM DOUGLAS MCKNIGHT,

Defendants.

Civil Action No. 15-cv-05765

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties hereto, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned case is hereby discontinued and dismissed with prejudice, each party to bear its or his own costs and attorney's fees. This Stipulation may be signed in counterparts, which when taken together constitute one original.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have caused this Stipulation of Dismissal With Prejudice to be executed by their duly authorized representatives as of the date hereof.

Dated: March 16, 2016
New York, NY

**SCHULTE ROTH & ZABEL LLP**

By: ______________________

Robert J. Ward
919 Third Avenue
New York, NY 10022
T: (212) 756-2166
F: (212) 262-1910
Robert.Ward@srz.com

*Counsel for Plaintiff*

**ROTTENBERG LIPMAN RICH PC**

By: ______________________

Bertrand C. Sellier
369 Lexington Avenue
New York, NY 10017
T: (212) 661-3080
F: (212) 867-1914
bsellier@rlrpclaw.com

*Counsel for Defendants*