UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SPECTRUM ORIGINATION LLC,

     Plaintiff,

v.

WEBB M. SOWDEN, III, THE WEBB AND
MARINELLE SOWDEN IRREVOCABLE
TRUST, and WILLIAM DOUGLAS
MCKNIGHT,

     Defendants.
------------------------------------------------------X

Civil Action No. 15-cv-05765

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/16

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties hereto, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned case is hereby discontinued and dismissed with prejudice, each party to bear its or his own costs and attorney's fees. This Stipulation may be signed in counterparts, which when taken together constitute one original.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have caused this Stipulation of Dismissal With Prejudice to be executed by their duly authorized representatives as of the date hereof.

Dated: March 16, 2016
New York, NY

**SCHULTE ROTH & ZABEL LLP**

By: *[signature]*

Robert J. Ward
919 Third Avenue
New York, NY 10022
T: (212) 756-2166
F: (212) 262-1910
Robert.Ward@srz.com

*Counsel for Plaintiff*

**ROTTENBERG LIPMAN RICH PC**

By: *[signature]*

Bertrand C. Sellier
369 Lexington Avenue
New York, NY 10017
T: (212) 661-3080
F: (212) 867-1914
bsellier@rlrpclaw.com

*Counsel for Defendants*

---

**SO ORDERED.**

4-1-16
DATE

VICTOR MARRERO, U.S.D.J.